# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: WYDRO, MARIA | § Case No. 08-20576 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,260.00 | Assets Exempt: $3,260.00 |
| Total Distribution to Claimants: $61,502.92 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $12,970.01 | |

3) Total gross receipts of $ 201,997.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 127,524.17 (see **Exhibit 2**), yielded net receipts of $74,472.93 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $2,127.55 | $2,127.55 | $2,127.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 12,970.01 | 12,970.01 | 12,970.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 55,431.17 | 59,375.37 | 59,375.37 | 59,375.37 |
| **TOTAL DISBURSEMENTS** | $55,431.17 | $74,472.93 | $74,472.93 | $74,472.93 |

4) This case was originally filed under Chapter 7 on August 06, 2008. . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2009        By: /s/RICHARD M. FOGEL
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| MEDICAL MALPRACTICE ACTION | 1242-000 | 201,979.54 |
| Interest Income | 1270-000 | 17.56 |
| **TOTAL GROSS RECEIPTS** | | **$201,997.10** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WYDRO, MARIA | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 8200-000 | 127,524.17 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$127,524.17** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Healthcare & Family Service | 4210-000 | N/A | 2,127.55 | 2,127.55 | 2,127.55 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $2,127.55 | $2,127.55 | $2,127.55 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 6,973.65 | 6,973.65 | 6,973.65 |
| SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | 3110-000 | N/A | 5,857.50 | 5,857.50 | 5,857.50 |
| SHAW GUSSIS FISHMAN GLANTZ | 3120-000 | N/A | 138.86 | 138.86 | 138.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 12,970.01 | 12,970.01 | 12,970.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | 9,791.90 | 10,580.48 | 10,580.48 | 10,580.48 |
| Discover Bank/DFS Services LLC | 7990-000 | N/A | 233.35 | 233.35 | 233.35 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 12,456.79 | 12,816.30 | 12,816.30 | 12,816.30 |
| PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 282.66 | 282.66 | 282.66 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 5,682.57 | 6,048.31 | 6,048.31 | 6,048.31 |
| PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 133.39 | 133.39 | 133.39 |
| CHASE BANK USA | 7100-000 | 4,271.02 | 4,796.09 | 4,796.09 | 4,796.09 |
| CHASE BANK USA | 7990-000 | N/A | 105.78 | 105.78 | 105.78 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 9,063.18 | 9,567.92 | 9,567.92 | 9,567.92 |
| PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 211.02 | 211.02 | 211.02 |
| Illinois Department of Healthcare & Family Service | 7990-000 | N/A | 46.92 | 46.92 | 46.92 |
| FIA Card Services, NA/Bank of America | 7200-000 | 14,008.81 | 14,008.81 | 14,008.81 | 14,008.81 |
| FIA Card Services, NA/Bank of America | 7990-000 | N/A | 308.96 | 308.96 | 308.96 |
| American Infosource LP as agent for | 7200-000 | 156.90 | 230.30 | 230.30 | 230.30 |
| American Infosource LP as agent for | 7990-000 | N/A | 5.08 | 5.08 | 5.08 |
| TOTAL GENERAL UNSECURED CLAIMS | | 55,431.17 | 59,375.37 | 59,375.37 | 59,375.37 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-20576 | Trustee: | (330720) RICHARD M. FOGEL |
|---|---|---|---|
| Case Name: | WYDRO, MARIA | Filed (f) or Converted (c): | 08/06/08 (f) |
| | | §341(a) Meeting Date: | 09/10/08 |
| Period Ending: | 12/21/09 | Claims Bar Date: | 12/12/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND<br>  Debtor asserted personal property exemption | 10.00 | 0.00 | DA | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS<br>  Debtor asserted personal property exemption | 800.00 | 0.00 | DA | 0.00 | FA |
| 3 | WEARING APPAREL<br>  Debtor asserted personal property exemption | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | AUTOMOBILES AND OTHER VEHICLES<br>  Debtor asserted personal property exemption | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 5 | MEDICAL MALPRACTICE ACTION (u)<br>  Objection to claim of exemption sustained (See Footnote) | 100,000.00 | 190,000.00 | | 201,979.54 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 17.56 | FA |
| 6 | Assets    Totals (Excluding unknown values) | $103,260.00 | $190,000.00 | | $201,997.10 | $0.00 |

RE PROP# 5   Settled pursuant to o/c dated 10-16-2008 for $300,000. Settlement funds were payable to Farnan & Cahill, Ltd for $61,084.80 for fees and expenses, to Medicare for $36,935.66 for medical provider liens and the balance to the estate.

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   June 30, 2008          Current Projected Date Of Final Report (TFR):   August 13, 2009 (Actual)

Printed: 12/21/2009 08:38 AM   V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-20576 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | WYDRO, MARIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****31-65 - Money Market Account |
| Taxpayer ID #: | 54-6848306 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/08/09 | {5} | LOYOLA UNIVERSITY HEALTH SYSTEM | Settlement proceeds for medical malpractice action per o/c 10-30-08 | 1242-000 | 201,979.54 | | 201,979.54 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.21 | | 201,984.75 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.51 | | 201,993.26 |
| 09/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 3.84 | | 201,997.10 |
| 09/15/09 | | To Account #********3166 | Close account and transfer for final distributions | 9999-000 | | 201,997.10 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | 201,997.10 | 201,997.10 | $0.00 |
| Less: Bank Transfers | 0.00 | 201,997.10 | |
| Subtotal | 201,997.10 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $201,997.10 | $0.00 | |

{} Asset reference(s)    Printed: 12/21/2009 08:38 AM    V.11.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-20576 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | WYDRO, MARIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*31-66 - Checking Account |
| Taxpayer ID #: | 54-6848306 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/15/09 | | From Account #\*\*\*\*\*\*\*\*3165 | Close account and transfer for final distributions | 9999-000 | 201,997.10 | | 201,997.10 |
| 09/15/09 | 101 | Illinois Department of Healthcare & Family Service | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 4210-000 | | 2,127.55 | 199,869.55 |
| 09/15/09 | 102 | RICHARD M. FOGEL | Dividend paid 100.00% on $6,973.65, Trustee Compensation; Reference: | 2100-000 | | 6,973.65 | 192,895.90 |
| 09/15/09 | 103 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN | Dividend paid 100.00% on $5,857.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,857.50 | 187,038.40 |
| 09/15/09 | 104 | SHAW GUSSIS FISHMAN GLANTZ | Dividend paid 100.00% on $138.86, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 138.86 | 186,899.54 |
| 09/15/09 | 105 | Discover Bank/DFS Services LLC | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7100-000 | | 10,580.48 | 176,319.06 |
| 09/15/09 | 106 | PYOD LLC its successors and assigns as assignee of | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7100-000 | | 12,816.30 | 163,502.76 |
| 09/15/09 | 107 | PYOD LLC its successors and assigns as assignee of | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7100-000 | | 6,048.31 | 157,454.45 |
| 09/15/09 | 108 | CHASE BANK USA | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7100-000 | | 4,796.09 | 152,658.36 |
| 09/15/09 | 109 | PYOD LLC its successors and assigns as assignee of | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7100-000 | | 9,567.92 | 143,090.44 |
| 09/15/09 | 110 | FIA Card Services, NA/Bank of America | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7200-000 | | 14,008.81 | 129,081.63 |
| 09/15/09 | 111 | American Infosource LP as agent for | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7200-000 | | 230.30 | 128,851.33 |
| 09/15/09 | 112 | Discover Bank/DFS Services LLC | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7990-000 | | 233.35 | 128,617.98 |
| 09/15/09 | 113 | PYOD LLC its successors and assigns as assignee of | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7990-000 | | 282.66 | 128,335.32 |
| 09/15/09 | 114 | PYOD LLC its successors and assigns as assignee of | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7990-000 | | 133.39 | 128,201.93 |
| 09/15/09 | 115 | CHASE BANK USA | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7990-000 | | 105.78 | 128,096.15 |
| 09/15/09 | 116 | PYOD LLC its successors and assigns as assignee of | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7990-000 | | 211.02 | 127,885.13 |
| 09/15/09 | 117 | Illinois Department of Healthcare & Family Service | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7990-000 | | 46.92 | 127,838.21 |
| 09/15/09 | 118 | FIA Card Services, NA/Bank of America | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7990-000 | | 308.96 | 127,529.25 |

Subtotals:    $201,997.10    $74,467.85

{} Asset reference(s)

Printed: 12/21/2009 08:38 AM    V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-20576 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | WYDRO, MARIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*31-66 - Checking Account |
| Taxpayer ID #: | 54-6848306 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/21/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/15/09 | 119 | American Infosource LP as agent for | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 7990-000 | | 5.08 | 127,524.17 |
| 09/15/09 | 120 | WYDRO, MARIA | First and final dividend (100%) on allowed Chapter 7 claims plus statutory interest | 8200-000 | | 127,524.17 | 0.00 |
| | | | ACCOUNT TOTALS | | 201,997.10 | 201,997.10 | $0.00 |
| | | | Less: Bank Transfers | | 201,997.10 | 0.00 | |
| | | | Subtotal | | 0.00 | 201,997.10 | |
| | | | Less: Payments to Debtors | | | 127,524.17 | |
| | | | NET Receipts / Disbursements | | $0.00 | $74,472.93 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*31-65 | 201,997.10 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*31-66 | 0.00 | 74,472.93 | 0.00 |
| | $201,997.10 | $74,472.93 | $0.00 |